(119 So. 922)

**V. HARTLEY v. STATE. (6 Div. 390.)**

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Affirmed.

(119 So. 922)

**Vernon HARTLEY v. STATE. (6 Div. 436.)**

Court of Appeals of Alabama. Jan. 8, 1929.

SAMFORD, J. Affirmed.

(122 So. 923)

**Howard HATCHER v. STATE. (6 Div. 547.)**

Court of Appeals of Alabama. April 30, 1929.

SAMFORD, J. Affirmed.

(122 So. 923)

**Sherman HATTON v. STATE. (7 Div. 552.)**

Court of Appeals of Alabama. May 7, 1929.

BRICKEN, P. J. Appeal dismissed; appellant granted new trial by lower court.

(121 So. 923)

**Len HAWKINS v. STATE. (2 Div. 411.)**

Court of Appeals of Alabama. March 26, 1929.

BRICKEN, P. J. Appeal dismissed, on motion of appellant.

(119 So. 922)

**W. H. HAYES v. R. A. WILLIAMS.
(5 Div. 736.)**

Court of Appeals of Alabama. Jan. 8, 1929.

RICE, J. Affirmed.

(127 So. 921)

**Herman W. HAYNES v. STATE.
8 Div. 862.**

Court of Appeals of Alabama.
March 4, 1930.

E. D. Johnston, of Huntsville, for appellant.

Charlie C. McCall, Atty. Gen., for the State.

SAMFORD, J.

Defendant was convicted of violating the prohibition law, and appeals.

Under the decision in Ex parte State ex rel., etc., Re Jinright v. State, 220 Ala. 268, 125 So. 606, the amendment to the affidavit in this case was immaterial. Error cannot be predicated on this ruling.

The judgment is affirmed.

Affirmed.

(119 So. 922)

**John HAYNES v. STATE. (1 Div. 792.)**

Court of Appeals of Alabama. Dec. 11, 1928.

RICE, J. Affirmed.